UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHECKERS DRIVE-IN RESTAURANTS,
INC.**, a Delaware corporation,

           **Plaintiff,**

-vs-                                Case No.  6:06-cv-300-Orl-28KRS

**TITAN HOLDINGS, LLC**, a Michigan
Limited Liability Company, and **MARK
MITCHELL**,

           **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTER AND THIRD-PARTY COMPLAINT (Doc. No. 56)** |
| **FILED:** | **May 4, 2006** |

On or before May 12, 2006, the movant shall confer with opposing counsel as required by Middle District of Florida Local Rule 3.01(g) and file a supplement to the motion stating the outcome of that conference.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2006.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties