# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHECKERS DRIVE-IN RESTAURANTS,
INC., a Delaware corporation,**

          **Plaintiff,**

**-vs-**                                   **Case No. 6:06-cv-300-Orl-28KRS**

**TITAN HOLDINGS, LLC, a Michigan
Limited Liability Company, and MARK
MITCHELL,**

          **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION TO STRIKE TITAN HOLDINGS, LLC'S COUNTERCLAIM AND JURY DEMAND (Doc. No. 66)**
>
> **FILED:**     May 25, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED as unopposed**.

The present motion was filed on May 25, 2006. Defendant Titan Holdings, LLC had not responded to the motion at the time of the writing of this order, and the time for doing so has passed.

Accordingly, Titan Holdings, LLC's Counterclaim and Jury Demand (doc. no. 65) is hereby stricken from the record. The Clerk is directed to delete this document from the file. Additionally, any

responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

If Titan Holdings, LLC wishes to file a counterclaim, it should seek leave to amend its answer to include the counterclaim in the amended answer.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties