# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHECKERS DRIVE-IN RESTAURANTS,**
**INC., a Delaware corporation,**
      **Plaintiff/Counterclaim Defendant,**

**-vs-**                      **Case No. 6:06-cv-300-Orl-28KRS**

**TITAN HOLDINGS, LLC, a Michigan**
**limited liability company,**
      **Defendant/Counterclaimant,**

**MARK MITCHELL and ROBERT**
**SOWISLO,**
      **Defendants.**

---

**TITAN HOLDINGS, LLC, a Michigan limited**
**liability company,**
      **Third-Party Plaintiff,**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS TITAN HOLDINGS, LLC'S AND MARK MITCHELL'S MOTION TO GRANT LEAVE TO DEPOSE MORE THAN TEN WITNESSES (Doc. No. 201)
>
> **FILED:** May 16, 2007
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendants Titan Holdings, LLC (Titan) and Mark Mitchell seek leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(A) to depose more than ten witnesses. In their motion, Titan and Mitchell do not indicate how many additional depositions they would like to take, nor do they name the persons they are seeking to depose. Counter-Defendants Carl M. Stanton, Taxi Holdings Corp., Taxi Acquisition Corp., Keith E. Sirois, S. Patrick Plumley, Steve Cohen, Adam Noyes, Richard Turer, Ron Levondosky and Brian Doster, and Plaintiff Checkers Drive-In Restaurants, Inc., filed a response in opposition to Titan and Mitchell's motion.

When requesting leave "to exceed the presumptive number of depositions[,]" the moving party "must make a 'particularized showing of why the discovery is necessary.'" *Bituminous Fire and Marine Ins. Corp. v. Dawson Land Dev. Co. Inc.*, No. 3:02-CV-793-J-21TEM, 2003 WL 22012201, at *1 (M.D. Fla. Feb. 13, 2003) (quoting *Daniels Midland Co. v. Aon Risk Servs., Inc.*, 187 F.R.D. 578, 586 (D. Minn. 1999)). Titan and Mitchell have not presented sufficient information for the Court to make a determination as to whether additional depositions are necessary.

In any renewed motion, Titan and Mitchell must provide information concerning the depositions they have taken, the names of additional individuals and entities they are seeking leave to depose, and the reasons why the additional depositions will be necessary

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties