# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHECKERS DRIVE-IN RESTAURANTS,**
**INC., a Delaware corporation,**
    **Plaintiff/Counterclaim Defendant,**


**-vs-**                                                                                                          **Case No.  6:06-cv-300-Orl-28KRS**

**TITAN HOLDINGS, LLC, a Michigan**
**limited liability company,**
    **Defendant/Counterclaimant,**

**MARK MITCHELL and ROBERT**
**SOWISLO,**
    **Defendants.**

---

**TITAN HOLDINGS, LLC, a Michigan limited**
**liability company,**
    **Third-Party Plaintiff,**


## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **STIPULATED MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE FOR SERVICE OF REBUTTAL EXPERT REPORTS UNDER CASE MANAGEMENT AND SCHEDULING ORDER (Doc. No. 239)**
>
> **FILED:**    September 24, 2007
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties shall have until October 15, 2007, to disclose their rebuttal expert reports. Simultaneously with the disclosure of each expert report, the disclosing attorney shall provide at least two dates before the close of discovery on which the expert and the disclosing attorney are available for the expert to be deposed. No other deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties